UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY RICHARD TAYLOR,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFF LYNCH, et al.,<br><br>          Defendants. | No.  2:21-cv-2413 KJN P<br><br><br>ORDER |

     Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, in an action brought under 42 U.S.C. § 1983.  Plaintiff renews his request that the court appoint counsel, and also seeks the appointment of a paralegal.  Both motions are denied.

     Plaintiff's motion seeking appointment of a paralegal is denied because " 'the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress,' " <u>Tedder v. Odel</u>, 890 F.2d 210, 211-12 (9th Cir. 1989) (alteration in original) (quoting <u>United States v. MacCollom</u>, 426 U.S. 317, 321 (1976)), and the in forma pauperis statute does not authorize the expenditure of public funds for a paralegal, 28 U.S.C. § 1915.

     Plaintiff's first motion for appointment of counsel was denied on February 4, 2022.  At the time plaintiff filed his second motion for counsel, defendants had not yet been served; thus, the procedural posture of the case had not changed.  Despite the additional documentation plaintiff provided, the undersigned remains unable to determine the likelihood plaintiff will succeed on the

1  merits of his claim, and therefore denies his motion for appointment of counsel for the same
2  reasons set forth in the February 4, 2022 order. To the extent plaintiff also seeks a court order
3  that he be provided priority legal user for law library access, at present plaintiff is under no court-
4  ordered deadlines. Rather, the case will not be scheduled until after defendants file a responsive
5  pleading. Therefore, plaintiff's motion is denied.
6      Accordingly, IT IS HEREBY ORDERED that plaintiff's motions (ECF Nos. 16, 16-2) are
7  denied.
8  Dated: April 28, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/tayl2413.31(2)

2