FILED

MAY 20 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

2:21-cv-2413 KJN

CASE #: 2:21-CV-2413 KJN

TO: CLERK.                                5.15.22

I'm informing you, that yesterday the officer's here at Pelican Bay STRH, falsely accused me of a wepon. Planted a wepon; stole all my legal papers, every document I had, gone. Stole all my evendice & exsibitts. Threaten my life, said if I file an appeal I'll end up dead. I'm being denied law library access, stated I'm falsly useing others to recieve material. They said this is wat I get for filing cival suites. Please help, please I have no more items for my evendice. They stole all my affadavitts for this cival suite, I'm completly devistated and having a mental breakdown. I have not one of the documents pertaing to this case. They told me I have to stop filing law suites. Please tell wat I should do,

Cody Taylor
AP-2001