1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  LYNDSAY CRENSHAW, State Bar No. 246743
   Acting Supervising Deputy Attorney General
3  ARI J. SHEPS, State Bar No. 339595
   Deputy Attorney General
4    600 West Broadway, Suite 1800
     San Diego, CA 92101
5    P.O. Box 85266
     San Diego, CA 92186-5266
6    Telephone: (619) 321-5801
     Fax: (619) 645-2061
7    E-mail: Ari.Sheps@doj.ca.gov
   *Attorneys for Defendants*
8  *Lynch, Frederick, Collinsworth and Riley*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CODY RICHARD TAYLOR,**<br><br>                               Plaintiff,<br><br>v.<br><br>**JEFF LYNCH, et al.,**<br><br>                               Defendants. | 2:21-cv-02413 KJN P<br><br>**DEFENDANTS' NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:           October 6, 2022<br>Time:           9:00 a.m.<br>Courtroom:   Zoom<br>Judge:          Hon. Allison Claire<br>Trial Date:    Not Set<br>Action Filed: December 27, 2021 |

**TO: CODY RICHARD TAYLOR, PRO SE**

**PLEASE TAKE NOTICE** that Defendants have submitted a Confidential Settlement Conference Statement to the Court before the Settlement Conference scheduled for 9:00 a.m. on October 6, 2022, with Magistrate Judge Claire by Zoom at the federal courthouse in Sacramento, California.

///

///

Defendants provide notice to Plaintiff in accordance with the Court's Order (ECF No. 29) and Local Rule 270(c).

Dated: September 29, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
LYNDSAY CRENSHAW
Acting Supervising Deputy Attorney General

*/s/ Ari J. Sheps*
ARI J. SHEPS
Deputy Attorney General
*Attorneys for Defendants*
*Lynch, Frederick, Collinsworth and Riley*

# CERTIFICATE OF SERVICE

| Case Name: | **Cody Richard Taylor (AP-2001) v. Jeff Lynch, et al.** | No. | **2:21-cv-02413 KJN P** |
|---|---|---|---|

I hereby certify that on <u>September 29, 2022</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF SUBMISSION OF DEFENDANTS' <u>CONFIDENTIAL</u> SETTLEMENT CONFERENCE STATEMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>September 29, 2022</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants

Cody Richard Taylor - AP-2001
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95531-7000
In Pro Per

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 29, 2022</u>, at San Diego, California.

| K. Cranford | *K. Cranford* |
|---|---|
| Declarant | Signature |

SA2022301359
83622646.docx