UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY RICHARD TAYLOR, | No.  2:21-cv-2413 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis.  On October 6, 2022, a settlement conference was held, and the case did not settle.  Good cause appearing, the stay of this action is lifted, and defendants Lynch, Riley, Fredricks, and Collinsworth are required to file a responsive pleading.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Defendants shall file a responsive pleading within thirty days from the date of this order.

Dated:  October 7, 2022

/tayl2413.lft

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE