CODY.R.TAYLOR.#AP.2001
VACCAVILLE C.M.F.
P.O.BOX-2000.
VACCAVILLE.CA.95696

UNITED STATES DISTRICT CORT.
EASTERN DISTRICT OF CALIFORNIA

**FILED**

NOV 14 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

CASE #:2:21-CV-02413.KJN

TAYLOR.CODY
Vs.
LYNCH.JEFF.ET.AL.

MOTION - REQUST OF COUNSEL
"COURTED APPOINTED ATTORNEY"

IM THE ABOVE NAME PLAINTIFF_IM OVER THE AGAGE OF 18 YEARS OLD. YOUR HONORABLE JUDGE_PLEASE FOR GIVE ME_BUT IM REQUSTING A COURT APOINTED ATTORNEY_AS IN ASKED PRIOR_AND DENIED HOWEVER NEW CIRSTANCES HAVE TRANSPIRED.

THE A.D.R_SETTLEMENT CONFRIENCE WASNT IN ANY WAY EFFECTIVE AND A COMPLETE WASTE OF THE COURTS RESOURCES AND AN ATTEMPT TO DELAY TRAIL "FORGIVE ME"

BUT AS OF 11.3.2022 FRIDAY IN BEEN PLACED IN CMF-VACCAVILLE "IN PATIENT PROGRAM _DEPARMENT STATE HOSPITLE FOR SEVERJE UN STABLE PYSICOIC FEATURES. AS IN BEEN COMPLETLY REMOVED FROM PRISON POPULATION _AND ALL LAW LIBRARY _AND JAIL HOUSE ATTORNEYS WHO WERE HELPING ME.

# 1 OF 3

YOUR HONOR I DON'T HAVE PROPERTY
AND AM IN A STATE HOSBITLE SETTING
SUCH AS CRISAS BED SETTING WITH
VERY LIMITED RESOURCES _ BUTT AT
THE SAME TIME HEARING VOCIES
AND HAD A LIFE THREATING SUCIDE
ATTEMPT JUST 9 DAYS PRIOR.

YOUR HONOR IM SEEKING JUSTICE BY TRIAL
PLEASE CONSIDER_PRUITT.VS.MOTE_503F3D647
655 (7TH CIR 2007) EN-BANC.

IM PLACE HERE FOR AN UNKNOWN AMOUNT OF
TIME FOR PYSICATRIC REASONS AND BEING
UNSTABLE FOR PRISON _ HOW WILL I BE
ABLE TO LEGALY PRESENT MY CASE.
PLAINTIFFS ABILITY TO INVESTBATE.
AND THE LEBAL COMPLEXITY OF THE CASE

I CODY TAYLOR DECLARE UNDER PENITY
OF PURJURY THAT THE FOREGOING IS TRUE
AND CORECT.
EXCEOUTED ON. 11-5-2022

#AP.2001.

#2 OF 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

TAYLOR .C.                    CASE#: 2.21 CV02411 3 KJN
Vs.
JEFF. LYNCH. ET. AL

PROOF OF SERVICE

I HERBY CERTIFY THAT ON 11·4·2022 I SERVED
A COPY OF THE ATTACHED "CHANGE OF ADDRESS"
AND "MOTION OF APPOINTED COUNSEL"
BY PLACE A COPY OF PAID ENVEOPLE ADDRESS
TO PERSONS HEREIN LISTED BY DEPOSITING
F.NEVEOLYE IN UNITED STATES MAIL AT
VACRAVILLE-CMF. PRISON P·I·P. DSH. STATE
MECTAL HOSPTILE.

I DECLARE UNDER PENALTY OF PURSORY
THAT THE FORGOING IS TRUE AND CORECT.

_____ . AP.2001 · 11·5·2022

# 3 OF 3.