UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CODY RICHARD TAYLOR, | No. 2:21-cv-2413 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JEFF LYNCH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. Plaintiff renewed his request that the court appoint counsel. He is currently housed in a mental health crisis bed following a recent suicide attempt. Plaintiff is without access to his legal materials, the law library, or any of the jailhouse lawyers who were assisting plaintiff with this case.

Given plaintiff's mental health status, the court finds it appropriate to stay this action until plaintiff's condition stabilizes. Even if appointment of voluntary counsel were appropriate, which the court has previously determined it was not (ECF Nos. 14, 21), such appointment would be ineffective inasmuch as plaintiff is unable to assist counsel at this time. Accordingly, the undersigned stays this action for three months. The discovery and scheduling order is vacated and will be re-issued once plaintiff's condition stabilizes. Plaintiff may move the court to lift the stay at any point he is released from the crisis bed and regains his ability to access his legal

materials. Unless plaintiff has earlier moved to lift the stay, plaintiff shall file a status report as to his housing and access to his legal materials within three months from the date of this order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (ECF No. 36) is denied without prejudice;

2. The November 14, 2022 discovery and scheduling order (ECF No. 35) is vacated;

3. This action is administratively stayed for three months; and

4. The Clerk of the Court shall administratively terminate this action.

Dated: November 18, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/tayl2413.31(3)